

# NUMBER 13-20-00284-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE FRIEDRICH ALEXANDER HOENINGHAUS IV

### On appeal from the 249th District Court
### of Johnson County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Chief Justice Contreras**

Appellant Friedrich Alexander Hoeninghaus IV filed a notice of appeal regarding

the trial court's denial of appellant's pretrial application for a writ of habeas corpus.[1] We

previously abated this appeal for a determination regarding, inter alia, whether the appeal

---

[1] The Texas Supreme Court transferred the appeal to this Court from the Tenth Court of Appeals. *See* TEX. GOV'T CODE ANN. § 73.001 ("The supreme court may order cases transferred from one court of appeals to another at any time that, in the opinion of the supreme court, there is good cause for the transfer.").

had been abandoned. Appellant has now filed a motion to dismiss his appeal. *See* TEX. R. APP. P .42.2(a) (allowing appellate courts to dismiss criminal appeals upon the appellant's motion before the appellate court's decision when the attorney and appellant both sign a written motion to dismiss).

We have not yet issued a decision in this case, and both appellant and his attorney have signed the motion to dismiss the appeal. *See id.* Accordingly, without passing on the merits of the case, we reinstate this appeal, grant appellant's motion to dismiss, and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of December, 2020.